IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>JEFFREY A. GUMP<br>JENNIFER WESTMORELAND GUMP,<br>    Debtors,<br><br><br>TOYOTA LEASE TRUST<br>    Movant,<br><br>        v.<br><br>JEFFREY A. GUMP, and<br>JENNIFER WESTMORELAND GUMP, and<br>KENNETH E. WEST, Trustee,<br>    Respondents. | Bankruptcy No. 25-12978-DJB<br><br><br>Chapter 13 |

MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW COMES, Movant, Toyota Lease Trust (the "Movant") by and through its undersigned counsel, Metz Lewis Brodman Must O'Keefe, and in support of its *Motion for Relief from the Automatic Stay* (the "Motion"), represents as follows:

PARTIES

1.    Respondents, Jeffrey A. Gump and Jennifer Westmoreland Gump (the "Debtors"), are adult individuals with a place of residence located at 521 11TH Avenue, Prospect Park, PA 19076.

2.    Kenneth E. West is the duly appointed Chapter 13 Trustee and is currently acting in such capacity.

JURISDICTION AND VENUE

3.    This matter is a core proceeding and this Court has jurisdiction pursuant to 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. Movant seeks relief pursuant to 11 U.S.C. § 362(d) and FRBP 4001 and 9014.

## FACTUAL BACKGROUND

4. On or about July 25, 2025 (the "Petition Date"), Debtor filed a voluntary petition for relief pursuant to Chapter 13 of the Bankruptcy Code.

5. On or about November 30, 2022, the Debtor leased a 2023 Toyota Tacoma, VIN: 3TYAX5GN5PT068739 (the "Vehicle") with the Movant, a true and correct copy of which is attached hereto as **Exhibit A**.

6. Movant has a secured interest in the 2023 Toyota Tacoma, VIN: 3TYAX5GN5PT068739, as evidenced by the Certificate of Title attached hereto as **Exhibit B**.

7. The lease matured on March 1, 2026, and therefore, the Movant no longer has a contractual relationship with the Debtors.

8. The total residual payoff of the Lease as of February 12, 2026, was $5,879.52.

9. The J.D. Power value for the 2023 Toyota Tacoma, VIN: 3TYAX5GN5PT068739 is $23,750.00, there is no equity in the collateral. A true and correct copy of a printout showing that value is attached hereto as **Exhibit C.**

10. Movant is entitled to relief from the automatic stay for cause, including the Debtor's failure to make timely payments and lack of adequate protection 11 U.S.C. §362(d)(1).

WHEREFORE, Movant, Toyota Lease Trust, respectfully requests that this Honorable Court enter an Order, pursuant to 11 U.S.C. § 362(d) granting Movant relief from stay with respect to the 2023 Toyota Tacoma, VIN: 3TYAX5GN5PT068739.

    Respectfully submitted,

    METZ LEWIS BRODMAN MUST O'KEEFE

    By: /s/*Keri P. Ebeck*
    Keri P. Ebeck, Esq.
    PA I.D. # 91298
    kebeck@metzlewis.com
    444 Liberty Avenue, Suite 2100
    Pittsburgh, PA 15222
    Phone - (412) 918-1112

    *Counsel for Toyota Lease Trust*

Dated: March 4, 2026