IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JEFFREY A GUMP<br>JENNIFER WESTMORELAND GUMP,<br>Debtors,<br><br>TOYOTA LEASE TRUST,<br>Movant,<br><br>v.<br><br>JEFFREY A GUMP, and<br>JENNIFER WESTMORELAND GUMP, and<br>KENNETH E. WEST, Trustee,<br>Respondents. | Bankruptcy No. 25-12978-djb<br><br>Chapter 13 |

MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, comes Movant, Toyota Lease Trust (the "Movant"), by and through its undersigned counsel, Keri P. Ebeck, Esquire, and files this *Motion for Relief from the Automatic Stay* (the "Motion"), representing as follows:

THE PARTIES

1. Respondents, Jeffrey A Gump and Jennifer Westmoreland Gump ("Debtor"), is an adult individual with a place of residence located at 521 11th Avenue, Prospect Park, PA 19076.

2. Kenneth E. West is the duly appointed Chapter 13 Trustee and is currently acting in such capacity.

JURISDICTION AND VENUE

3. This matter is a core proceeding, and this Court has jurisdiction pursuant to 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. Movant seeks relief pursuant to 11 U.S.C. § 362(d) and FRBP 4001 and 9014.

FACTUAL BACKGROUND

4. On or about July 25, 2025, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 of the Bankruptcy Code.

5. On or about February 18, 2023, the Debtor leased a 2023 Toyota RAV4, VIN:2T3A1RFVXPC338537 (the "Vehicle") with the Movant, a true and correct copy of which is attached hereto as **Exhibit A**.

6. Movant has a secure interest in the Vehicle, as evidenced by the Certificate of Title attached hereto as **Exhibit B**.

7. Movant no longer has a contractual relationship with the Debtor since the Lease matured on August 18, 2026.

8. The total residual payoff of the Lease as of September 2, 2026, was $23,312.00.

9. The value of the Vehicle is $30,675.00, the report is attached hereto as **Exhibit C**.

10. Movant is entitled to relief from the automatic stay for cause, since the Lease matured on August 18, 2026. 11 U.S.C. §362(d)(1).

WHEREFORE, Movant, Toyota Lease Trust, respectfully requests that this Honorable Court enter an Order, pursuant to 11 U.S.C. § 362(d), granting Movant relief from stay with respect to the 2023 Toyota RAV4, VIN:2T3A1RFVXPC338537.

Respectfully submitted,

METZ LEWIS BRODMAN MUST O'KEEFE.

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112

Dated: September 29, 2026

*Counsel for Movant*